AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
EDWIN SANTIAGO, JR.

*Defendant(s)*

Case No. 8:18-mj-1632-TBM

## CRIMINAL COMPLAINT (Redacted)

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 28, 2018__ in the county of __Polk__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2), | Receipt of child pornography. |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Gregory E. Schuster, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-28-18

_____
Judge's signature

City and state: Tampa, Florida

Thomas B. McCoun, III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Gregory E. Schuster II, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I have been employed with HSI for over eleven years. I am currently assigned to HSI, Special Agent in Charge ("SAC"), Tampa, Florida. I have investigated matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2422(b), 2251, 2252, and 2252A, which criminalize the use of a facility of interstate/foreign commerce to knowingly persuade, induce, entice, and coerce a person who has not yet attained the age of 18 to engage in sexual activity for which any person can be charged with a criminal offense, and the production, possession, receipt, and transmission of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized courses involving computers and child exploitation.

2. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in

1

numerous investigations involving child pornography.

## I. SUMMARY

3. This affidavit is submitted in support of an application for an arrest warrant for Edwin SANTIAGO Jr. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that Edwin SANTIAGO Jr. knowingly received and possessed child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (a)(4)(B). As discussed further below, SANTIAGO used a mobile-computing device to connect to the internet to possess and distribute images and videos depicting child pornography and to attempt to produce images and videos of a prepubescent female victim. I am requesting that this Court issue an arrest warrant for Edwin SANTIAGO Jr. based upon the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal, local and foreign law-enforcement officers.

## II. DETAILS OF THE INVESTIGATION

4. On or about June 15, 2018, HSI Tampa Agents received an investigative lead referencing an individual utilizing the mobile internet application Kik Messenger, user name bkk3535, who was offering online users an opportunity to engage in sexual activities with the user's ▇▇▇▇

2

▮.

5. On the website "cumonprintedpics.net," a user identified as "Unknown 91" has been advertising "Kik to see ▮," and provides the Kik username "bkk3535."

6. Bkk3535 had indicated to another individual when asked if he had nude pictures of ▮ that he has "creep vids of her butt and panties about it" and requested: "send me a link young please." Additionally, when asked if bkk3535 has done anything with ▮, he replied: "Just jerk by her."

7. On or about June 21, 2018, HSI Tampa initiated contact with bkk3535 utilizing an undercover account on an undercover device (henceforth UCA). Bkk3535 responded on that same date and conversations ensued.

8. During the undercover communications with bkk3535, he indicated that he harbored a sexual interest in children. The UCA indicated a sexual preference for females under 13, to which bkk3535 responded: "Nice no limits for me." Bkk3535 then sent the UCA a picture of ▮▮. He then said: "Big cock needed for her and load." The UCA asked if he shared or needed a ▮ and bkk3535 replied: "I'll share" and later said "Hope you cum to her."

9. On or about June 22, 2018, the UCA and bkk3535 continued

3

conversations and bkk3535 said: "Lol I went live on cam yesterday some guy jerked and cum to her live was hot I was showing her sleeping."

10. Bkk3535 and the UCA continued to discuss what bkk3535 would allow the UCA to do to ▇▇▇▇ if they met in person. Bkk3535 said "no limits" and sent a video of ▇▇▇▇ sleeping, further stating: "She needs lessons," "Explain love to hear," "Oral; 69 her," and "Pop her cherry; I dream of seeing it by someone."

11. The UCA asked bkk3535 how to engage with the child and bkk3535 responded: "Have to trick her," "Maybe take her somewhere give her something to passout." Then bkk3535 said: "Send me jerking vid first to her then will continue."

12. The investigation continued throughout June 2018. Based in part on responses to administrative summons from internet-service providers and Kik Messenger, law-enforcement officers were able to identify bkk3535 as "Edwin Santiago Jr.," a resident of 3344 Pearly Drive, Lakeland, Florida 33812. On June 27, 2018, HSI Tampa agents secured a federal search warrant for that address.

### III. FEDERAL SEARCH WARRANT

13. On June 28, 2018, HSI Tampa agents executed a federal search warrant at SANTIAGO's residence: 3344 Pearly Dr., Lakeland, Florida,

4

which sits in the Middle District of Florida.

14. Post *Miranda*, SANTIAGO agreed to speak with the agents. His statements included the following: He admitted to his email address being blacksox5454@hotmail.com, to having a Kik Messenger account as well as an account on "cumtoprintedpictures.net," but he did not recall his usernames. SANTIAGO admitted that the agents would find child pornographic videos on his cellular telephone. SANTIAGO admitted to sending pictures and videos of ▓▓▓▓▓▓▓▓▓▓ to less than 10 men who had asked to see her. He also stated that approximately two or three men have asked to have sex with her, but he denied allowing it to go that far. SANTIAGO also admitted to accessing child pornography through the Kik application and to having received and possessed child pornography. SANTIAGO initially denied sending child pornography, however, he later admitted that he thinks he might have sent one or two videos of child pornography. He also admitted to sending images and videos of ▓▓▓▓▓ to other people for their sexual gratification. He further admitted to experiencing sexual arousal from viewing the child pornography.

15. During a forensic preview of SANTIAGO's iPhone, forensic analysts identified several images and videos that, based on my training and

5

experience, are child pornography.[1] A sample of those images and videos includes:

 a. **!!!Jenny 9y**: The video depicts a nude prepubescent female tied up with yellow rope performing fellatio on an adult male's penis. The adult male is also rubbing the prepubescent female's genitalia with his finger;

 b. **!!!nice**: The video depicts an adult male penis penetrating the vagina of a prepubescent female child; and

 c. **00c(1)-2:** The video depicts a prepubescent female lying on her back with an adult male straddling her chest area and ejaculating into the female child's mouth .

16. A forensics preview of SANTIAGO's iPhone also revealed videos that appear to depict SANTIAGO ▓▓▓▓▓▓▓▓▓▓▓▓ (I viewed pictures of SANTIAGO ▓▓▓▓▓▓▓▓▓▓▓▓ taken during the execution of the search warrant). SANTIAGO's wife has also stated that the following videos ▓▓▓▓▓:

 a. **IMG_7513**: The video depicts prepubescent female child, approximately eight-years-old, asleep wearing a pink shirt and

---

[1] Based on my training and experience, iPhones are manufactured outside the United States and contain parts and materials that move in and affect interstate commerce. Moreover, communications and signals sent over the internet move in and affect interstate commerce.

pink shorts with an adult male's hand pulling the pink shorts down and focusing on the child's grey underwear.

**b. IMG_7515**: The video depicts prepubescent female child, approximately eight-years old, asleep wearing pink shorts with an adult male's hand pulling the shorts aside at the crouch area exposing the child's grey underwear.

## CONCLUSION

Based on the foregoing facts, there is probable cause to believe that Edwin SANTIAGO Jr. committed violations of 18 U.S.C. § 2252(a)(2) (receiving child pornography), and 18 U.S.C. § 2252(a)(4)(B) (possessing child pornography).

Gregory E. Schuster II
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 28th day of June, 2018.

THOMAS B. MCCOUN, III
United States Magistrate Judge

7